TOOLE *v.* TAYLOR.

FISH, C. J. Upon the hearing of this case on the petition and answer alone, the court did not err in granting an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 1274.    OCTOBER 14, 1919.

Injunction. Before Judge Sheppard. Effingham superior court. December 5, 1918.

*W. Inman Curry,* for plaintiff in error.